```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI

In Re:                           )
                                 ) Case No. 16-48887
MICHAEL & CELESTIA MARTIN,       ) Chapter 13 Bankruptcy
                                 )
     Debtors.                    ) Response due: 11/09/2018
```

**DEBTORS' RESPONSE TO TRUSTEE'S MOTION TO DISMISS**

COMES NOW Debtors, by and through counsel, and in response to Trustee's Motion state as follows:

1. Debtors admit the allegations in paragraphs 1, 2, 3, 4 and 5 of Trustee's Motion to Dismiss.

2. Further, undersigned counsel is attempting to contact Debtors concerning payments, and respectfully requests a hearing on the Trustee's Motion to Dismiss.

WHEREFORE, having fully answered, Debtors request this Court allow additional time for Attorney to contact Debtors, so that Debtors may become current in their payments, and for such other and further relief as this Court may deem just and equitable.

```
                        By:  /s/Robert E. Faerber
                             Robert E. Faerber, MO#46794/ED#60555
                             Attorney for Debtors
                             230 S. Bemiston, Ste. 600
                             Clayton, Missouri 63105
                             Tel: (314) 727-3434
                             Fax: (314) 727-6992
                             Email: faerber@msn.com
```

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on October 22, 2018, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

/s/ Robert E. Faerber